FILED

APR 11 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 4:19CR296 JAR/PLC |
| JOSHUA MATTHEW SPENCER, ) | |
| Defendant. ) | |

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its Attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Lisa M. Yemm, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the Government states as follows:

1. Defendant is charged with an offense for which a maximum 20-year imprisonment is prescribed under Title 21.

2. In January 2019, Defendant fled from a traffic stop in Webster, crashed his car, and was seen by police fleeing the scene with a gun (which he ditched and which was recovered by a K9). Officers also recovered suspected baggies of crystal methamphetamine. Defendant was located and taken into custody nearby. The car contained five (5) additional firearms, knives, ammunition, and drug paraphernalia.

3. Defendant has been engaged in the ongoing sale of narcotics in the Franklin County and St. Louis Metropolitan area since at least October of 2018, as evidenced by multiple controlled buys conducted by investigators.

4. There is a serious risk that the defendant will flee.

5. The defendant is a threat to the community.

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

/s/Lisa M. Yemm
LISA M. YEMM #64601MO
Assistant United States Attorney